UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
BRIT INSURANCE a/s/o THE CHIEF'S
WAREHOUSE,

        Plaintiff,

    - against –

FOURNIER TRUCKING, INC.,

        Defendant.
-----------------------------------------------------------------X

23 Civ. 02422

**ORDER AND STIPULATION**
**OF DISCONTINUANCE**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter be and hereby is discontinued with prejudice and without costs and fees to either party, subject to reopening by either party by letter request within thirty days of entry of this Order should payment not be consummated.

Dated: New York, New York
       October 30, 2023
       600-03

| | |
|---|---|
| CASEY & BARNETT LLC<br>Attorneys for Plaintiff | LEWIS BRISBOIS BISGAARD &<br>SMITH LLP<br>Attorneys for Defendant |
| By: *Martin Casey*<br>Martin F. Casey<br>305 Broadway, Suite 1202<br>New York, NY 10007<br>(212) 286-0225 | By: */s/ Loren R. Ungar*<br>Loren R. Ungar, Esq.<br>2929 North Central Avenue, Suite 1700<br>Phoenix, AZ 85012<br>(602) 385-1074 |

SO ORDERED:

_____  10/31/23
United States District Judge